IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SILGAN CONTAINERS MANUFACTURING CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 20-06586 |
| vs. | ) ) | |
| SOPRO MACHINERY LLC and MARK A. LIETZ, | ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF**
**DEFAULT AND DEFAULT JUDGMENT**

Now comes Plaintiff, Silgan Containers Manufacturing Corporation ("Silgan") by its attorneys, QUINN JOHNSTON, and for its MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT pursuant to Federal Rule of Civil Procedure 55, states as follows:

1. On November 11, 2020 Silgan filed its Verified Complaint against Defendants Sopro Machinery LLC, and Mark Lietz. Dkt. No. [1].

2. In its Complaint, Silgan seeks judgment against the Defendants under theories of breach of contract, unjust enrichment, and common law fraud. Silgan also seeks to pierce the corporate veil and to impose the liabilities of Defendant Sopro onto Defendant Lietz individually. Silgan requests contract damages in the amount of $143,590.00, pre-judgment interest, and reasonable attorney fees and costs.

3. Defendants were served with a summons and the Complaint on December 13, 2020. See Affidavits of Service, attached hereto as *Group Exhibit 1*.

4. Defendants' responsive pleadings were due January 4, 2020.

5. To date, Defendants failed to file an appearance, answer, or any other responsive pleading.

6. Accordingly, Defendants are in Default and Plaintiff requests that, pursuant to Federal Rule of Civil Procedure 55, the Clerk of the Court enter the default judgment against both Sopro Machinery LLC and Mark A. Lietz (individually) as to all counts brought against them in the Complaint.

7. Plaintiff's Complaint is verified and is supported by appropriate documentation which lays out a sum certain of $143,590.00 which is owed to Plaintiff from the Defendants. In addition, Plaintiff attaches the Affidavit of Joe Molle in Support of Default Judgment hereto as *Exhibit 2*.

8. Accordingly, Plaintiff requests that the Clerk of the Court also enter a default judgment pursuant to Rule 55(b)(1) against both Defendants finding that the corporate veil has been pierced; entering judgment against each defendant as to Counts I-III of the Complaint; entering judgment against Defendant Mark A. Lietz as to Count IV of the Complaint; and awarding damages to Plaintiff in the amount of $143,590.00, plus pre-judgment interest pursuant to the Illinois Interest Act (815 ILCS 205/2) of 5% per annum and accruing from the date of payment of each of the respective damages, plus costs and reasonable attorney fees.

9. Plaintiff further requests that the judgment order reflect that each Defendant be held jointly and severally liable for the judgment amount.

10. As of January 13, 2021, Plaintiff accrued $12,959.00 in attorneys' fees. *See* Affidavits of Attorney's fees and Supporting Invoices attached hereto as *Exhibits 3, 4, 5 & 6*. Those fees are expected to increase as a result of the drafting, filing, and argument of this motion in an amount still to be determined.

11. As of the date of the filing of this Motion, Plaintiff has accrued $693.42 in costs.

12. Payment of the Cover Costs of $10,840.00 related to the purchase of legs for the USC-27 oven was made to Soudronic Ltd., on August 12, 2019, as part of the payment for Purchase Order 425-940163-NQ. *See* Purchase Order 940163 Payment Information, attached hereto as *Exhibit 7*; and *Exhibit 2*. Plaintiff makes a claim of this $10,840.00 as a part of its total damages of $143,590.00 in this matter. Thus, prejudgment interest on this amount should be calculated as running from August 12, 2019.

13. Pursuant to Purchase Order #791-889999 payment in the amount of $299,250.00 was made by Plaintiff to Defendants on September 25, 2019. *See* Purchase Order 889999 Payment Information, attached hereto as *Exhibit 8*; and *Exhibit 2*. This payment included $64,250.00 as payment for 90% of the purchase price of the Angelus 62H Seamer which was never delivered by Defendants. Plaintiff makes a claim for this $64,250.00 as a part of its total damages of $143,590.00 in this matter. Thus, prejudgment interest on this amount should be calculated as running from September 25, 2019.

14. Pursuant to Purchase Order #791-905912 payment in the amount of $68,500.00 was made by Plaintiff to Defendants on November 27, 2019 for the ANGS 61H Seamer which was never delivered. *See* Purchase Order 905912 Payment Information, attached hereto as *Exhibit 9*; and *Exhibit 2*. Plaintiff makes a claim for this $68,500.00 as a part of its total damages of $143,590.00. Thus, prejudgment interest on this amount should be calculated as running from November 27, 2019.

WHEREFORE, Plaintiff, Silgan Containers Manufacturing Corporation, respectfully requests that this Honorable Court GRANT its Motion for Default and Default Judgment, that pursuant to Federal Rule of Civil Procedure 55 it order the Clerk of the Court to enter a default

against Defendants and to enter a Default Judgment against the Defendants as to each count of the Complaint and in the amounts requested above plus interest and reasonable attorney fees, and for such other and further relief as the Court deems just and proper.

                               SILGAN CONTAINERS MANUFACTURING CORPORATION, Plaintiff,

                               By:        s/Jo T. Wetherill
                                              QUINN JOHNSTON

Jo T. Wetherill (Illinois Bar No. 6244110)
jwetherill@quinnjohnston.com
James R. VanRheeden (Illinois Bar No. 6321658)
jvanrheeden@quinnjohnston.com
QUINN JOHNSTON
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, I electronically filed this **MOTION FOR DEFAULT AND DEFAULT JUDGMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Scott N. Schreiber                                           **Co-Counsel for Plaintiff**
    Reginald D. Cloyd III
    CLARK HILL PLC
    130 East Randolph Street
    Suite 3900
    Chicago, IL  60601
    Email:  sschreiber@clarkhill.com, rcloyd@clarkhill.com

Additionally, I certify that on January 27, 2021, I mailed a true copy of this **MOTION FOR DEFAULT AND DEFAULT JUDGMENT,** by United States Postal Service to the following non-registered CM/ECF system participants/Defendants:

    Mark Lietz
    2902 Langston Circle
    St. Charles, IL  60175

    Sopro Machinery, LLC
    c/o Mark Lietz
    2902 Langston Circle
    St. Charles, IL  60175

                                                    s/ Jo T. Wetherill
                                  Jo T. Wetherill (Illinois Bar No. 6244110)
                                  Email:  jwetherill@quinnjohnston.com
                                  QUINN JOHNSTON
                                  227 N.E. Jefferson Ave.
                                  Peoria, IL  61602-1211
                                  (309) 674-1133 (phone)
                                  (309) 674-6503 (fax)