UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SILGAN CONTAINERS MANUFACTURING CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 20-06586 |
| v. | ) ) | Hon. Steven C. Seeger |
| SOPRO MACHINERY LLC and MARK A. LIETZ, | ) ) ) ) | |
| Defendants. | ) | |

**<u>DEFAULT JUDGMENT ORDER</u>**

This matter coming before the Court on Plaintiff's Motion for Entry of Default Judgment against Defendants Sopro Machinery LLC and Mark A. Lietz, it is hereby ordered as follows:

1. Defendants having failed to appear, default judgment pursuant to Rule 55(b)(1) is entered against Defendant SOPRO MACHINERY LLC and Defendant MARK A. LIETZ as to all counts against those Defendants in Plaintiff's Complaint [1].

2. Per this Judgment, the corporate veil of Defendant SOPRO MACHINERY LLC is pierced, and Defendant MARK A. LIETZ is also held personally liable for all judgment amounts herein for the reasons stated in the complaint.

3. All judgment amounts enumerated herein are found to arise at least in part from the fraudulent acts, omissions, or representations of Defendant MARK A. LIETZ individually and/or on behalf of SOPRO MACHINERY LLC.

4. Defendants are found to be jointly and severally liable to Plaintiff for damages totaling $143,590.00.

5. Defendants are found to be jointly and severally liable to Plaintiff for payment of prejudgment interest in the amount of 5% per annum as to the total of $143,590 in damages listed

in paragraph 4 of this Order. The total amount of prejudgment interest calculated through March 10, 2021 is $9,938.53.

    6.    The prejudgment interest totaling $9,938.53 reflects the following calculation:

        a.    Prejudgment interest of $855.32 in connection with the Cover Costs of $10,840.00. The prejudgment interest as to the Cover Costs was calculated as 5% per annum interest accruing on August 12, 2019 and ending on March 10, 2021;

        b.    Prejudgment interest of $4,682.32 in connection with the $64,250.00 due pursuant to Purchase Order #791-889999. The prejudgment interest as to the $64,250.00 due pursuant to Purchase Order #791-889999 was calculated as 5% per annum interest accruing on September 25, 2019 and ending on March 10, 2021; and

        c.    Prejudgment interest of $4,400.89 in connection with the $68,500.00 due pursuant to Purchase Order #791-905921. The prejudgment interest as to the $68,500.00 due pursuant to Purchase Order #791-905921 was calculated as 5% per annum interest accruing on November 27, 2019 and ending on March 10, 2021.

    7.    Defendants are found to be jointly and severally liable to Plaintiff for payment of attorneys' fees in the amount of $12,959.00.

    8.    Defendants are found to be jointly and severally liable to Plaintiff for payment of costs in the amount of $693.42 to the Plaintiff.

    9.    All together (including damages, prejudgment interest, attorneys' fees, and costs), Defendants are jointly and severally liable to Plaintiff for the total sum of $167,180.95.

Date:   March 11, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Steven C. Seeger
　　　　　　　　　　　　　　　　　　　　United States District Judge

3